Judge Lasnik

07-CR-00397-FINAFF

FILED  LODGED  ENTERED  RECEIVED

NOV 28 2007

BY CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) | NO. CR07-0397RSL |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | WAIVER OF INDICTMENT |
| TOLAN FURUSHO, | ) | |
| Defendant. | ) | |

I, Tolan Furusho, having been advised of the nature of the charge and that it is punishable by imprisonment for a term exceeding one year, and having been advised of my right to prosecution by Indictment pursuant to Rule 7(a) of the Federal Rules of Criminal Procedure; having been advised that pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure I may waive prosecution by Indictment and may be prosecuted by Information, do knowingly, and with advice of counsel, waive in open court my right to be prosecuted by Indictment and do hereby consent to prosecution by Information.

DATED this 28th day of November, 2007.

_____
TOLAN FURUSHO
Defendant

WAIVER OF
INDICTMENT/Tolan Furusho-1
CR07-0397RSL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1
2
3  _____ for
4  JOHN WOLFE
   Attorney for Defendant
5
6  _____
   JAMES M. LORD
7  Assistant United States Attorney

8  Approved:

9  _____
10 MARY ALICE THEILER
   UNITED STATES MAGISTRATE JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WAIVER OF
INDICTMENT/Tolan Furusho-2
CR07-0397RSL