Judge Lasnik

FILED ___ ENTERED
LODGED ___ RECEIVED

NOV 28 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.   CR07-0397RSL |
| Plaintiff, ) | |
| v. ) | CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE A UNITED STATES MAGISTRATE JUDGE |
| TOLAN FURUSHO, ) | |
| Defendant. ) | |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the acceptance of my plea by a United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure. I understand that if the United States Magistrate Judge orders the preparation of a presentence investigation

//
//
//

07-CR-00397-EXH

RULE 11 PLEA/Tolan Furusho
CR07-0397RSL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  report, the assigned United States District Judge will then decide whether to accept or
2  reject my plea of guilty and any plea agreement I may have with the United States and
3  will adjudicate guilt and impose sentence.
4      DATED this 28th day of November, 2007.

```
                              _____
                              TOLAN FURUSHO
                              Defendant


                              _____ для
                              JOHN WOLFE
                              Attorney for Defendant


                              APPROVED:

                              _____
                              JAMES M. LORD
                              Assistant United States Attorney
```

RULE 11 PLEA/Tolan Furusho
CR07-0397RSL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970