## United States District Court
### *Western District of Washington*

UNITED STATES OF AMERICA,

vs.

## Tolan Shigeo Furusho

# APPEARANCE BOND
## Case No. CR07-397RSL

I understand that I may be released from custody, pending further proceedings in this case, on the conditions marked below:

☒ **Court Appearances.** I must appear in court at the U.S. Courthouse, 700 Stewart Street Seattle, Washington, on February 29, 2008, at 10:30am and at all other hearings in this case, including turning myself in to begin serving a sentence, should that occasion arise. **I UNDERSTAND THAT A WILLFUL FAILURE TO APPEAR IN COURT AT A TIME SET FOR HEARING IS A SEPARATE CRIMINAL OFFENSE, PUNISHABLE BY UP TO 10 YEARS IMPRISONMENT AND A FINE OF $250,000.**

☒ **No Law Violations.** I must not commit a federal, state, or local crime during the period of release. I understand that if I commit a felony while on release, my sentence can be increased by a maximum of ten years. If I commit a misdemeanor while on release, my sentence can be increased by a maximum of one year. These sentences would be consecutive to all other applicable sentences.

☒ **No Controlled Substances.** I must not use, consume or possess any controlled substances, including medication, unless prescribed by a physician and approved in advance by the Pretrial Services Officer.

☒ **Address.** I must furnish my attorney, and/or Pretrial Services if supervised, with my current address and telephone number (if any) where I will reside upon release and where I will receive any notices of hearing dates. I must report any changes in that address or telephone number to my attorney, and/or Pretrial Services if supervised, within one business day..

☒ **Restrictions on Travel.** I must not travel outside the Continental United States or as directed below under 'Other Conditions'.

☒ **Victim and Witness Protection.** I must not harass, threaten, intimidate, tamper with, improperly influence, or injure the person or property of witnesses, jurors, informants, victims of crime, judicial officers, or other persons related to official proceedings before the Court, in violation of 18 U.S.C. §§ 1503, 1512, and 1513.

☒ **Pretrial Supervision.** I am subject to Pretrial Services supervision by the Pretrial Services Office of the Court and must abide by such of the general and special conditions of release as that office shall impose. I must report to the Office of Pretrial Services, United States Courthouse, 700 Stewart Street, Suite 10101 Seattle, (206) 370-8950, within 24 hours of my release unless released during a weekend or on a holiday in which case I must report at 9:00 a.m. the following court day.

☒ **Other Conditions:**

✓ Submit to drug and alcohol testing, to include urinalysis, breathalyzer, sweat patch, or hand-held devices, as directed by Pretrial Services. You shall not use, consume, or possess alcohol or any other product containing alcohol, unless medication, unless prescribed to you by a physician and under the direction of Pretrial Services. Obtain an evaluation for substance abuse/alcohol abuse, and participate in substance abuse/alcohol counseling as directed by Pretrial Services.

✓ Travel is restricted to Western District of Washington, or as directed by Pretrial Services.

✓ Surrender all current and expired passports and travel documents to the Court. Do not apply for/obtain a new passport or travel document from any country without the permission of the Court.

✓ Maintain residence as directed. Do not change residence without prior approval of Pretrial Services or as directed by Pretrial Services.

✓ You are prohibited from possessing or having access to firearms and dangerous weapons. All firearms and dangerous weapons must be removed from your residence(s), vehicle(s), and place of employment. This condition operates in conjunction with any restrictions imposed under Title 18, USC 922, and the Washington State Revised Code, Chapter 9.41.

✓ Provide Pretrial Services with any requested information regarding your financial status, income sources, and investments. Sign a Release of Information form for Credit Bureau Verification if requested by Pretrial Services.

✓ You must contribute towards the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

✓ Defendant is prohibited from practicing any type of securities law or representing any clients or litigants in securities law matters.

**AGREEMENT BY DEFENDANT:** I understand and agree to comply with every condition marked above, and I understand that if I fail to comply with any conditions of my release, the Court will immediately issue a warrant for my arrest, and I will be subject to a revocation of release, an order of detention, and prosecution for contempt of court. I understand this appearance bond remains in effect during any proceeding on appeal or review.

X _____
*(Signature of Defendant)*

November 28, 2007

Kirkland, WA
*(City and State)*

07-CR-00397-APPO

### ORDER OF RELEASE

It is therefore ORDERED:
(1) Defendant shall comply with all conditions of this appearance Bond;
(2) Defendant shall be released from custody, and shall remain at liberty so long as (s)he complies with the provisions of this Appearance Bond, or until further order of the Court.

November 28, 2007
*(Dated)*

_____
Mary Alice Theiler
*UNITED STATES MAGISTRATE JUDGE*

cc: *Defendant, Defense Counsel, U.S. Attorney, Marshal, Pretrial Services*