**RECEIPT**  Date _11/22/07_ yr _No._ 732324

Received From _Defendant Tolan Furusho_

Address

_Apt 397 PSL_  Dollars $

For

_1/2 passport # 015202755_

| ACCOUNT | | | | HOW PAID | | | |
|---|---|---|---|---|---|---|---|
| AMT. OF ACCOUNT | | | | CASH | | | |
| AMT. PAID | | | | CHECK | | | |
| BALANCE DUE | | | | MONEY ORDER | | | |

By _J Thomas_



07-CR-00397-ORD