Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   v.<br><br>TOLAN S. FURUSHO, et. al.<br><br>    Defendant. | NO. CR07-0397RSL<br><br>NOTICE OF RELATED CASES |

  The United States hereby gives notice, as recommended by Local Rule CrR13(b), that the above-captioned case is related to <u>United States v. Beverlee P. Kamerling, et. al.</u>, CR07-0410RAJ, which charges eight defendants with various crimes, including Conspiracy, Securities Fraud, Mail Fraud, Obstruction of Justice, Perjury, Contempt of Court, and Failure to File Tax Returns.  The <u>Kamerling</u> case presently is set for trial on February 11, 2008.  If the <u>Kamerling</u> case results in a trial, Furusho may be called to testify as a witness at that trial.  Furusho pled guilty to an Information charging him with Conspiracy to Commit Securities Fraud and Failure to File Tax Returns.  Furusho's sentencing is set for April 25, 2008.

  The Kamerling case is also related to the civil forfeiture proceeding captioned <u>United States v. All Funds Held in Columbia State Bank Account #XXXXXX7006, Totaling $269,432.56, More or Less, and All Proceeds Therefrom, Held in the Name of the Law Office of Tolan S. Furusho, IOLTA</u>, No. C06-1806TSZ.  This civil forfeiture case arose out of the same investigation that resulted in the Indictment in the Kamerling case, but involves a

NOTICE OF RELATED CASES - 1
CR07-0410RAJ

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1  different company from those companies named in the Indictment.  The civil forfeiture case is
2  set for trial on September 2, 2008.
3      DATED this 21st day of December, 2007.
4                                                           Respectfully submitted,
5
6                                                            JEFFREY C. SULLIVAN
                                                          United States Attorney
7
8
                                                          *s/James M. Lord*
9                                                            JAMES M. LORD
                                                          Assistant United States Attorney
10                                                           700 Stewart Street, Ste. 5220
                                                          Seattle, Washington 98101
11                                                           Phone: (206) 553-2389
                                                          Fax:   (206) 553-2502
12                                                           Email: James.Lord@usdoj.gov
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF RELATED CASES - 2
CR07-0410RAJ

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s). I hereby certify that I have served the attorney(s) of record for the defendant(s) that are non CM/ECF participants via telefax.

                                              s/Kimberly King
                                              KIMBERLY KING
                                              Legal Assistant
                                              United States Attorney's Office
                                              700 Stewart Street, Ste. 5220
                                              Seattle, Washington 98101
                                              Phone: (206) 553-5127
                                              Fax:   (206) 553-2502
                                              E-mail: Kimberly.King3@usdoj.gov

NOTICE OF RELATED CASES - 3
CR07-0410RAJ

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970