UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

               Plaintiff(s),

vs.

TOLAN FURUSHO,

               Defendant(s).

No. CR07-397RSL
**AMENDED**
MINUTE ORDER

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

The sentencing hearing for the above named defendant has been rescheduled from Friday, November 7, 2008 to **Friday, March 27, 2009 at 9:00 a.m.** in courtroom 15106 before the Honorable Robert S. Lasnik, United States District Court Judge.

DATED this 9th day of September, 2008.

                              s/Kerry Simonds
                              by Kerry Simonds, Deputy Clerk
                              To Robert S. Lasnik, Judge
                              206-370-8519

Copy to the Court
and Counsel

MINUTE ORDER