**07-CR-00397-PET**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff(s), | NO. CR07-397RSL |
| vs. | MINUTE ORDER |
| TOLAN FURUSHO, | |
| Defendant(s). | |

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

This action is hereby reassigned to the Honorable Richard A. Jones as related to CR07-410RAJ. All pleadings filed in the future shall bear case number CR07-397RAJ.

DATED this 12th day of February, 2009.

/s/Kerry Simonds
by Kerry Simonds, Deputy Clerk
To Robert S. Lasnik, Judge
206-370-8519

Copy to the Court
and Counsel

MINUTE ORDER