WSBA
OFFICE OF DISCIPLINARY COUNSEL

Jonathan Burke
Senior Disciplinary Counsel

direct line: 206-733-5916
fax: 206-727-8325

August 4, 2008

Ronald R. Carpenter, Supreme Court Clerk
Supreme Court of Washington
Temple of Justice
PO Box 40929
Olympia, WA 98504-0929

Re: In re Tolan S. Furusho, Bar No. 25055, Public No. 07#00082
Request for Final Order

Dear Mr. Carpenter:

The Disciplinary Board has entered an order approving a Stipulation to Disbarment in this matter. Respondent Tolan Furusho was effectively served with the order on August 1, 2008.

This matter is submitted to the Court for a final order. We have enclosed from the record (1) the Disciplinary Board order filed August 1, 2008 approving the stipulation, and (2) the Stipulation to Suspension.

Please circulate these materials for review and entry of an appropriate order. If the Justices would like to review additional documents from the record, please let me know. Thank you.

Sincerely,

Jonathan Burke

Jonathan Burke
Senior Disciplinary Counsel

Enclosures

cc: Tolan Furusho

FILED
AUG 0 - 2008
DISCIPLINARY BOARD

BEFORE THE
DISCIPLINARY BOARD
OF THE
WASHINGTON STATE BAR ASSOCIATION

| | |
|---|---|
| In re<br><br>TOLAN S. FURUSHO,<br><br>Lawyer (Bar No. 25055). | Proceeding No. 07#00082<br><br>ORDER ON STIPULATION TO DISBARMENT |

This matter came before the Disciplinary Board at its August 1, 2008 meeting.

On review of the May 28, 2008 Stipulation to Disbarment,

IT IS ORDERED that the May 28, 2008 Stipulation to Disbarment is approved.

The vote on this matter was unanimous.

Those voting were: Anderson, Andrews, Carlson, Cena, Coppinger-Carter, Fine, Hazelton, Kuznetz, Madden, Meehan, Meyers, Milligan-Darst, Romas and Ureña.

Dated this 1st day of August, 2008.

Lawrence J. Kuznetz
Chair, Disciplinary Board

WASHINGTON STATE BAR ASSOCIATION
1325 4th Avenue, Suite 600
Seattle, WA 98101-2539
(206) 727-8207

011