May 26, 2009

The Honorable Judge Richard Jones

In regards to Tolan Furusho

Dear Honorable Sir,

Please accept this letter as a character reference for Tolan Furusho.

I have known Mr. Furusho for approximately 15years. We met while studying karate while he was still a law student. From that mutual experience a friendship developed.

Though Tolan is a number of years my junior, we have maintained contact through the years. Though we are not friends who get together often, it is a friendship that picks up where it left off regardless of the time since our last conversation. Were I to need his help in any way at any time, I am confident he would do whatever he could to help me.

My understanding of the circumstances that bring Tolan before you in the court, are both uncharacteristic while at the same time characteristic. Any hint of dishonesty or unlawful intent is absolutely uncharacteristic. His honest acceptance/admission of not completing his due diligence is characteristic of the fundamental honesty of the man that I have known for nearly 15 years.

Though the question of guilt is technically moot, I would ask that your careful deliberation of the sentencing for Mr. Furusho case take into consideration the uncharacteristic nature of the incident that has led to this end as well as what I have known to be his characteristic honesty that brings him here as well.

Respectfully yours,

Jeffrey Larsen

15909 NE 141st Place

Woodinville, WA 98072

I have known my friend Tolan Furusho for a little over five years. Within that time we have become close friends. I keep few close friends (only the good ones) and he is one of them.

Tolan is kind, compassionate, honest, understanding, generous, enjoyable, encouraging, intelligent, and inspiring. Tolan is the most genuine person I have ever met. He really does mean what he says and then does it.

Tolan has time for his friends when they need to talk or when they are having a bad day and will listen and just let you cry. He can see what is good in others and remind them when they forget. The kind of person you can just be around and have a good time.

In mind and my experience, Tolan is the best kind of person and that is why he is one of my best friends.

Amanda Saxton

May 27, 2009

To whom it concerns;

re: Letter of support for Mr. Tolan Furusho

My name is Ralph Lo Priore. I am writing you today with regard to his professional services.

In 2005, because of a neighbor dispute, I sought legal representation. Having never to have had to hire an attorney and after meeting with several firms, I was referred to Mr. Furusho by a friend.
With the first phone call, I was instantly treated like family. He truly made me feel that I mattered. The first words he told me "Don't worry, I will help you". I was a bit apprehensive about false hope and cost. He told me, "I will work with you", that was music to my ears.
As the process began I did not know what to expect. We were on first name basis, he instantly became a family friend and family is very important to him. He never once gave me a feeling it was all about the money. He genuinely cares about people and loves to defend them.
To conclude, my case was dismissed. He supported me and my family through this agonizing ordeal and never once did I doubt his abilities. He is honest, has integrity, professional, and a man of his word.
When it was time to pay, I was nervous. I knew he put his heart, soul and hours of extra work into my case. When I reviewed the bill I had to call. The bill was over $8,000, but the total was just over $4,000. I asked him why? He told me that I was getting a friends and family discount. I could not believe it, and that is why I felt compelled to write this letter for him, and I hope it will be taken in consideration in this matter.
The Lo Priore family cares about him very much and was shocked to hear about these charges. This is not the Tolan we know and love.

I can be reached at anytime for further assistance.

Sincerely,

Ralph Lo Priore
19837 148th Ave Se.
Renton, WA  98058
206-255-2626

June 2, 2009

To Whom It May Concern:

Tolan Furusho is a friend of my son. I've known him for 15 years. He is the kindest, most considerate young man I know. He has never missed an occasion to call me for my birthday, Christmas, and Mother's Day and on any number of occasions, he will call just to say hi and see how I am doing.

Even though I have three sons of my own, I consider Tolan my fourth son and a member of my family.

Thank you,
Elizabeth Swayne
425-869-7915

June 2, 2009

To Whom it May Concern:

I have known Tolan S. Furusho in a variety of capacities. He has been my martial arts instructor, fishing companion, mentor, and my friend for over 15 years.

The one thing I can point to with clarity is his filial piety; which, I would consider his first virtue. The respect and obedience that a 'Son' shows his parents; this relationship was extended by analogy to Tolan's relationships: Father and Son, Younger Brother and Sisters, and in my case Friend and Friend.

I believe since our filial ties were so similar; Tolan's family adopted me into their home and I was proud to be his Brother. And in a similar fashion my Mother has also called Tolan her 'Son'...

Tolan's charity doesn't end with the family; he is almost incapable of saying "No" to any reasonable request for help or assistance. I have witnessed him helping a Mother retain custody of her child through legal means; empting his fishing tackle box to a fellow fisherman; helping mere acquaintances to move; and take into his home a friend off the streets... These are just a handful of instances but I could go on and on...

In summary, the familial relationship is the primary basis of our philosophical system, and these concepts need to be seen as virtues and cultivated. And I can see no finer example than Tolan S. Furusho.

Sincerely,

Michael T. Swayne
206-818-6068

01 JUN 2009

Honorable Jones,

My name is Dr. Chadwick Y. Yasuda. For 25 years, Mr. Tolan S. Furusho proved to me that he is a dedicated friend and professional. This statement presents my personal experience and supports my opinion of Mr. Furusho's character.

I met Mr. Furusho as a classmate in high school where common interests built the foundation of our current friendship. Despite parting ways geographically after high school, we continue to communicate regularly by telephone and email. We also make it a point to meet at least once a year, this is personally a welcome relief from my normal routine. I consider our friendship remarkable since, of the hundreds of people I have known over the last quarter century, Mr. Furusho continues to be one of the few I keep within my circle of close friends. Mr. Furusho exemplifies a dedicated friend through his generosity and sincerity, giving of himself for the benefit of other people, and making a positive impact in their lives. I cannot remember a period of time when Mr. Furusho was not giving a helping hand to good people who happen to be down on their luck. Those I have known him help include but are not limited to people between homes and jobs, single mothers, struggling college students, and underfinanced business owners. He sincerely believes in lives of those he helps, becoming personally invested in their success. Mr. Furusho inspires me because he cares for people as fully fleshed, warts and all individuals, not as abstract faces on the cover of a pamphlet or a casual associate met once a month.

I respect Mr. Furusho for his dedication to his passions, remaining faithful to their tenets and participating honestly. This applies to his extra-professional interests like the martial arts, powerlifting, and fishing. Whenever Mr. Furusho speaks of these activities, it is with respect for those who preceded him and faith in the rules and regulations governing them. In my opinion, the people who consciously disregard a rule or regulation diminish Mr. Furusho's own impressive accomplishments and should not be tolerated. As strongly as Mr. Furusho believes and respects these activities, this dedication pales in comparaison to his faith in the legal system of the United States of America. Mr. Furusho holds himself accountable to the U.S. legal system in the absence of the threat of discovery and in spite of the harm that it might inflict upon himself. My respect grows with every public instance of people who offer contrition and accountability only after inflicting great harm to others and only in the face of undeniable evidence.

I am a citizen stunned at the levels of apathy and opacity within our country that allow unequal opportunity to those who game the system. I am inspired by honest people with conviction and character, like Mr. Furusho, who make themselves accessible to those in need and stand accountable in the face of justice.

Chadwick Y. Yasuda, Ph.D.

Judge Richard Jones
U.S. District Courthouse

June 1, 2009

Dear Judge Jones:

I am writing today on behalf of a friend and a man that I have had the privilege of knowing for over fifteen years. Tolan Furusho has been a figure in our family since the day that I met him. I met Tolan when he was a law student studying with my husband and he immediately impressed me as someone who was born to practice law. His passion and dedication to both the law and to his family was truly heartfelt. There has never been a moment or a life event that Tolan wasn't willing to drop everything to help. Loyalty is a word that would have Tolan's picture next to it in the dictionary. When our first son was born, Tolan was there to celebrate and offer anything to help us, this continued with the birth of our next two children. As our son has grown up, he has know Tolan as this great and caring man who will always pick up one of our kids, toss a ball or just make them laugh. His selfless nature was so evident when he sat with me to explain what was going on and why he plead guilty to this crime. He didn't shirk his responsibility and he didn't make excuses, he did want me to understand that he had done something that carried great consequences and that he would not be able to be an attorney any longer. I remember after he left that day, crying not because Tolan had plead guilty to this crime but because I understood what it meant for Tolan to give up his profession. As a surgeon, my training, my experiences and my identity were interwoven, it is who I am. For Tolan, more than any other attorney or professional that I have met, being an attorney is who he is and this loss for him is immeasurable. Tolan is and will always be a part of my family and he is a man that I trust my children to learn from and to be an example to. Tolan is an honest and diligent man who has done many great things for the people that he has touched. I ask that your Honor recognize the consequence he has already borne and that for the families, friends and children that he is a part of, that you consider a sentence that allows him to continue to be a supportive and true friend.

Sincerely,

Stacey Donion, M.D.



**kelley | donion** pllc
Attorneys at Law

**Honorable Richard Jones**
**U.S. District Courthouse**
**Western District of Washington**

June 1, 2009

**Dear Judge Jones:**

I am writing this letter in support of my colleague and my friend, Tolan Shigeo Furusho. I have been friends with Tolan since 1994 when we met in our final year of law school. Tolan has always been an inspiration to me as a friend, as a lawyer and as a human being. Tolan was born in a pinstripe suit, destined to be an attorney, it was his passion and his everything. I admired this quality about him and on many levels I wished I shared that same conviction and passion. His personality and his love of life was contagious. Always ethical in the way approached everything, Tolan was a barometer for his colleagues and friends. Having worked on a number of cases and clients together over the fourteen years that he practiced, I knew Tolan as a diligent and tireless advocate. His modesty showed in his uncelebrated victories and his failures took their toll on the man. Tolan personified justice in his commitment and dedication to his clients, regardless of their ability to pay.

As a friend, I can tell you that the most important things in the world to Tolan were his mother and his practice. In this moment in time, he has lost both. His grief overcame his sense of obligation and the consequence has been severe. Rather than fighting his disbarment, he stated to me, that he cannot be the lawyer that he wants his clients to have with this conviction. His first thought is and always has been that of his clients. His respect for the Bar is admirable, he contacted the WSBA and told them of the situation before they had been notified. He wanted to work with them rather than to contest this. He believes and respects our justice system and the professionalism of the legal industry. I know how much this has torn at the fiber of his existence and I respect his actions in dealing with the consequences. As a member of the Bar and as a friend, this consequence is much greater than any sentence could ever impose.

To society, we lose an advocate and man willing to help anybody in any way that he could. There is no doubt in my mind that as he has done since his disbarment, Tolan will continue to be a resource for people in need. His love of children and family shows in the way he continues to touch so many peoples lives. Tolan is a man who is my friend, my colleague and a role model to my children. I ask on behalf of the spirit that is Tolan Furusho, that this court grant leniency in the sentencing.

Sincerely,

Paul Donion

917 Pacific Avenue, Suite 409 Tacoma, WA 98402    p: 253-683-4314  f: 253-683-4315

Cameron Lewis
2626 W Lawton St.
Seattle, WA 98199

May 28, 2009

To Whom It May Concern:

I met Tolan Furusho a few months ago when he took over ownership of the gym where I'm employed as a personal trainer. As a guy always willing to lend a hand, Tolan has been instrumental in procuring funding and other resources for my rock band in an effort to help attain success, never expecting anything in return, not even initially being a fan of our genre of music.

Almost instantly, he was forthcoming about his present legal troubles. He never once tried to hide it or cover it up.

I have found Tolan to be honest, positive and willing to assist others to be the best person they can be, and the best at their endeavors.

Sincerely,


Cameron Lewis

Jon and Amy Taylor
P.O. Box 1692
Issaquah, WA 98027-0068
425-837-1705

May 27, 2009

Your Honor:

We're writing on behalf of our close friend, Tolan Furusho. We have known Tolan for approximately seven years and in that time, he has become part of our family.

When my father (Amy) was hospitalized for a heart stent, Tolan took it upon himself to visit him at the hospital and see if there was anything he could do for him or my mother. He had only met my father once prior to this visit and had never met my mother.

Our youngest son, Cody was having difficulty in middle school as many children do. Tolan invited Cody to come to the gym where he worked out at where he helped Cody learn to deal with his frustration and teenaged angst in a more positive light. He also helped to build Cody's self-esteem. He even allowed Cody to job shadow him, taking him to a mock court, where Cody was the bailiff and learned first-hand the process in a courtroom. Cody is graduating from high school, and he and Tolan still chat frequently. Cody considers him to be like an uncle.

When my mother (Jon) passed away, there were legal issues that needed addressing. Tolan volunteered his time not only for that but to help all of us through the grieving process by calling, emailing and sharing a sense of humor when needed. He can always be counted on to assist in any situation.

Many of our friends and family members sought legal advice from him over the years. Tolan always made time to meet with them, and if there were issues out of the realm of his law practice, he made appropriate referrals, and followed up with a phone call or email, even though he wasn't directly involved in the case(s). He never once charged any of them for his consultations or services.

As stated previously, we consider Tolan to be a member of our family. We would be devastated should he be incarcerated. Although he had a lapse in judgment during a time of grief, he's taken responsibility for his mistake. He continues to support others selflessly and is ever the problem solver, no matter how big or small. He continues to reach out to mentor people young and old. His positive contributions to society continue, although his err in judgment will follow him the rest of his life.

All this considered, we would ask that you please show leniency for such a compassionate, caring man.

Thank you.

Sincerely,



Jon Taylor



Amy B. Taylor

To whom it may concern:

I have known Mr. Furusho for several years. It is unfortunate that he made an error in judgement while under duress. He has helped a lot of people, including me, out of the kindness of his heart without charging a fee for his service. Mr. Furusho is a true humanitarian who should not be incarcerated for his oversight. The humiliation and disgrace of losing his practice is a life long punishment that will follow him everywhere he goes. I urge the Court to take all this into consideration before making a determination. Thank you.

Robert DeLay
16627 230th Ave SE
Maple Valley WA 98038-7000
425 392-2414

All I would ask of the court is that Tolan be treated as fairly as he has treated anybody else. His actions speak for themselves and his impact on other's lives is something that I hope would be taken into consideration. I truly believe that Tolan understands what he has done, has not made light of what he has done, but don't believe that he should be removed from the lives of the people he helps and influences, for a single lapse of judgment and mistake. I would hope instead that the compassion he has shown myself and others in his life, will at this time be returned to Tolan. Thank you for your time and consideration.

Sincerely,


David DeLay
(206)919-7209
Writer3d@aol.com

---

David DeLay
16627 230th Ave SE
Maple Valley, WA 98038
(206)919-7209


June 11, 2009

Your Honor:

I am writing on behalf of Tolan Furusho. I have known Tolan for approximately 7 years now. I was first introduced to Tolan by a friend during my divorce. I was going through a very difficult time and was unable to see my 4 young children at the time. I was a very bitter and angry man who felt I was being treated unfairly by the court system and acted like it.

Tolan came on to my case at no charge to me, to assist in helping me get to see my children. From day 1 it was never about ME, it was about my CHILDRED. It's important for me to stress this, because it was never Tolan's objective to get me what I wanted, it was his objective to do what was in the best interest for the Children, even though Tolan was working for me, and he and I had become friends. That is just the kind of man Tolan is, the kind of attorney Tolan was, and the kind of friend he still is.

During what was easily the most difficult time in my life, Tolan not only helped me see how steps needed to be followed to correct the situation with my children, but he also taught me to grow up and be a man. He showed me how it wasn't about me, it was about my children, it wasn't about my bitterness with my ex-wife, it was about my children, and he did this all without charging me a penny, all for the best interest of my children.

I now have a most wonderful relationship with my children, thanks to the patience and efforts of Tolan to make the situation work out. I coach youth basketball, and Tolan often attends the games just to watch and be a silent supporter. I have seen Tolan mentor other children with his passion for fishing, just to give them the gift of a father figure they are missing in their lives. He impact on the community and other children is immeasurable.

I consider Tolan one of my best friends. One thing I know Tolan is not, is a hypocrite. Tolan has never shied away from mistakes he has made, and just like he taught me, you don't back down from the difficulties you create in your life, you face them like a man, and I do believe in my heart that Tolan has stood up for his mistake, his lapse in judgment, has conceded what he has been responsible for and never has tried to blame it off on anybody else. All things Tolan has taught me.

Dear Mr. and Mrs. Furusho,

    For quite some time now I have been compelled to formally introduce myself and bring an important matter to your attention. However, my desire to express my sentiments properly and to do your son justice has caused an unfortunate delay in my contacting you. Perhaps you have already heard a general accounting of my situation from Tolan. Nevertheless, I find it necessary to share with you my point of view since accolades tend to carry fare more weight when coming from someone outside the family.

    I had the good fortune of meeting Tolan this past April at his law office when I began working part-time for one of his associates. Thereafter, I noted that Tolan's character and personality were out of the ordinary. His genuine interest in those around him and his expression of goodwill were readily apparent. From the onset of our meeting Tolan has always been there for me at times when it mattered most to the extent of including me in office celebrations to being an active participant in personal milestones in my life.

    During one of our discussions, Tolan was explaining to me the history of the term "Esquire" and why attorneys hold this title. Apparently, in Medieval times Noblemen had Knights fight on their behalf in order to resolve a conflict. However, Commoners did not have the means to enlist the services of a Knight. Therefore, an Esquire, a Knight's attendant, was enlisted in their place. Esquire became known as the Champions of the Commoners. Not only was this account fascinating from a historical point of view as well as providing fundamental information for someone new to the field of law, but I was struck with the notion that if anyone was deserving of the title "Esquire" in this day and age, more than most in his field, it is Tolan in that he is truly a champion in every sense of the word.

    Recently, I was faced with the most challenging and unforeseen situation of my life - an incredible fight for my and my daughter's future. In hindsight, I realize that I wasn't even the one who was doing the fighting. Tolan literally carried me through this entire nightmare by baring the entire burden of this lawsuit with both personal and financial sacrifices. His behavior throughout the process was stunning and left me speechless. Tolan is a high caliber individual possessing great charm and intelligence but what impresses me most about him is his unique ability to lift up those around him, putting wind beneath their wings. And it is done with such a natural finesse - It is truly inspiring!

    In my opinion, Tolan encompasses the true meaning of honor and conviction, two important characteristics often overlooked and not easily attained. Undoubtedly, he will succeed in whatever he pursues. My family and I will be eternally grateful for the selfless service he provided for me and my daughter and for his genuine concern for our well being. Knowing Tolan is a great pleasure and I thoroughly enjoy the time that we spend together, no matter how momentary or incidental. You have every reason to be proud of your son. Hopefully, one day I will have the additional pleasure of making your acquaintance.

Best regards,


Cyndi Nordstrom

MY NAME IS KRISTI KELLEY AND I HAVE KNOWN TOLAN FURUSHO FOR FIVE YEARS. TOLAN HAS BEEN A FRIEND, A SUPPORTER AND A SURROGATE PARENT TO MY SON.

IAM A SINGLE PARENT TO A 15 YOUR OLD BOY ZACK WHO SUFFERS FROM TOURETTES SYNDROME. FROM THE MOMENT I INTRODUCED TOLAN TO MY SON, THERE WAS AN IMMEDIATE BOND. TOLAN UNLIKE MOST PEOPLE SAW RIGHT PAST THE DISEASE AND SAW A 10 YEAR OLD BOY WHO YEARNED FOR A MALE INFLUENCE IN HIS LIFE. TOLAN DIDN'T MAKE EXCUSES OR TRY TO HIDE MY SON'S SEVERE TICS OR OUTBURSTS, HE SIMPLY TREATED HIM LIKE A SON AND A BOY WHO WANTED TO ENJOY HIS CHILDHOOD.

IN ADDITION TO BEING A ROLE MODEL FOR ZACK, TOLAN TAUGHT ME THAT I NEEDED TO ENABLE MY SON NOT SHIELD HIM. OVER THE COURSE OF THE LAST FIVE YEARS TOLAN HAS BECOME A PART OF OUR FAMILY AND A REAL ROLE MODEL AND PARENTAL FIGURE TO ZACK.

EVERYDAY AFTER SCHOOL, ZACK CALLS TOLAN TO TELL HIM ABOUT HIS DAY AND ANY PROBLEMS THAT HE HAD TO DEAL WITH. NO MATTER HOW BUSY OR WHAT WAS GOING ON, TOLAN ALWAYS TOOK THE CALL AND LISTENED.

TOLAN HAS BEEN THERE FOR ME NO MATTER WHAT THE ISSUE OR PROBLEM, HE IS THERE. HE HAS HELPED ME BECOME A BETTER PARENT AND ZACK BECOME A NORMAL HEALTHY TEENAGER WITHOUT THE USE OF ANY MEDICATIONS.

TOLAN TAKES ZACK EVERY WEEKEND. THEY GO FISHING AND THAT HAS BECOME A CONSISTENT PROCESS IN ZACKS LIFE. IF ZACK HAS A BAD WEEK OR GOT IN TROUBLE IN SCHOOL, TOLAN WOULD POSTPONE FISHING TO COME SPEND TIME WORKING WITH BOTH ZACK AND MYSELF TO GET HIM THROUGH HIS HOMEWORK. NOT ONLY HAS TOLAN BEEN THIS FATHER FIGURE FOR MY SON BUT HE HAS BEEN MY ROCK IN FACING EACH DAY OF SINGLE PARENTHOOD. DESPITE EVERYTHING GOING ON IN HIS LIFE, TOLAN HAS ALWAYS BEEN THERE FOR ZACK AND ME.

IN ALL OF THE TIME THAT I HAVE KNOWN TOLAN, HE HAS ALWAYS BEEN THE GUY, THE FRIEND, THE ATTORNEY THAT IS THERE TO SUPPORT EVERYONE ELSE. TOLAN WOULD CARRY THE WEIGHT OF THE WORLD ON HIS SHOULDERS JUST TO HELP SOMEONE OUT. THE FIRST TIME I SAW HIS VULNERBILITY WAS IN MARCH OF 2006. AT THIS TIME HIS MOTHERS DETERIORATING HEALTH WAS TAKING ITS TOLL ON TOLAN. BECAUSE THERE WAS NOTHING THAT HE COULD DO TO HELP HER, HE FELT USELESS AND FELL INTO A DEPRESSION. THE WEEK SURROUNDING HER DEATH BROUGHT OUT A SCARED LITTLE BOY IN TOLAN. HE WAS IRRATIONAL, AFRAID AND NOT HIMSELF. TOLAN WAS VERY CLOSE TO HIS MOTHER AND HER DEATH DEVASTATED HIM. DURING THIS TIME HE COULDN'T MAKE DECISIONS, HE COULDN'T PROCESS INFORMATION HE JUST WANTED THE WORLD TO GO AWAY. THE MAN WHO WAS A ROCK TO SO MANY PEOPLE LOST HIS OWN ROCK WITH THE PASSING OF HIS MOTHER. I KNOW TOLAN HAS TAKEN RESPONSIBILITY FOR HIS ACTIONS BUT THE PERSON THAT SIGNED THIS LETTER WAS NOT THE SAME MAN WHO HAS DONE SO MUCH FOR ME AND MY SON, HIS FAMILY, HIS FRIENDS AND HIS CLIENTS.

TOLAN HAS TAKEN RESPONSIBILTY FOR HIS ACTIONS, HE HAS STIPULATED TO THE LOSS OF HIS LICENSE AND HE HAS SAT WITH EVERYONE TO EXPLAIN THAT WHAT HE DID WAS WRONG AND HE HAD TO FACE THE CONSEQUENCES.

TOLAN IS AN AMAZING MAN, LAWYER AND FRIEND AND AS A RESULT OF THIS HAS BORNE AN ENORMOUS CONSEQUENCE WITH THE LOSS OF HIS LICENSE AND CARRYING THIS BURDEN FOR THE REST OF HIS LIFE. ON BEHALF OF MYSELF AND MY SON, I ASK YOUR HONOR TO APPRECIATE THAT IF TOLAN IS PUT AWAY HIS ABSENCE FROM MY LIFE AND MY SONS LIFE WILL BE DEVASTATING.

KRISTI KELLEY

*Kristi Kelley*

My name is Zachary Kelley. I am 15 years old. I live with my mom Kristi. When I met Tolan I just found out I had Tourettes syndrome. I had tics and was unable to control them. My doctor put me on three medications. I was always nervous to go anywhere or be away from my mom because of my tics and sounds I would make but Tolan taught me self confidence and not to worry what anyone said or thought. I no longer take any medications and I feel more in control of myself.

I spend every weekend with Tolan and the days that there is no school. I don't go to Tolans house and goof off. I have chores to do when Im there and I have to do homework everyday. Tolan has taught me how to fish, to be more focused in my school work and he is now teaching me how to drive. Tolan is not just my friend but my mentor, my role model and besides my mom the person I can go to with any problem and he will always listen. He is also my other dad.

I got to meet his Auntie and Uncle recently and they told me I was an " Ohana" this means a part of the family in Hawaiian. When I have problems and my mom cant help me, I call Tolan he takes all my calls and if I don't check in he calls me to check in on me. Tolan does not have to do all he does for us but he does it because we are family and that is what family does for each other and he tells me that everyday " we are family"

I know what Tolan did and I know he is sorry for what he did as he told me. I know he is sad because he cant be an attorney anymore but he said he has consequences for his actions like I do when I make bad choices. Your honor, if Tolan is put in jail, I worry I wont have that friend, role model, mentor or dad to talk to and teach me anymore.

Zachary Kelley

10008 186th St E #202
Puyallup WA 98375
253-230-5391
425-208-2852

DATE: June 8, 2009

TO: To Whom It May Concern

FROM: Brenda Kelley

RE: Tolan Furusho

This memo is to inform you of the relationship between my grandson Zachary Kelley-Kramer and Tolan Furusho for the last five years.

When Zachary and Tolan first met they immediately became friends. Tolan's sense of humor made Zachary feel very at ease. Because of Zachary's Tourrettes he often shys away from new people and forming new relationships. Trust does not come easy to him. However, this was just not the case with Tolan.

It wasn't far into their relationship before they found they had a common interest in fishing. Almost every weekend Tolan would arrange fishing trips for the two of them. He would make sure Zack had all the necessary equipment, all the food they could possibly need and then off they would go. Zachary would come home with so many stories and jokes Tolan would share with him and in return Zachary would share how his week had gone.

It wasn't long before they were spending every week-end together. Tolan would take him to restaurants where he could experience all sorts of ethnic cuisines, go to the show, shop at the mall or go work out at the gym. A bond began to form where Zachary felt he could talk to Tolan about everything and anything. The timing could not have been any more perfect.

What impressed me the most is that Tolan although not Zachary's biological father, Tolan stepped up to fill a void in Zachary's life but never did he cross the line and try to take the place of his father. He respected their friendship and always knew his place in Zachary's life. I feel strongly that Tolan's strong family bond impacted Zachary in a very positive way. Tolan truly led by example, not just words.

It is my hope that Tolan Furusho will remain in Zachary's life forever.

Brenda Kelley

Mother of Kristi Kelley
Grand mother of Zachary Kelley
13206 108th St Ave E
Puyallup WA 98375
253-864-7158

June 09, 2009

Your Honor,

Thank you for allowing me to address the court. My name is Francis Furusho, father of Tolan Shigeo Furusho. Unfortunately due to health issues I am not able to travel from our hometown of Honolulu to be with Tolan today.

All of Tolan's family is back in Hawaii. He has lived on the mainland for over twenty years. As part of our Japanese American Pacific Islander culture we are a very tight and close-knit family. We speak to each other almost every day so although he is many miles away and our time zones are different; we have become closer over the years. Our entire family has been devastated by the surreal events that have taken place over the past 19 months. We take each day as it comes and know that today will end one nightmare chapter. We are hoping that the court will decide that Tolan has already been punished by losing his bar license and putting his life on hold for the past 2 years so that another chapter may begin which will allow him to continue to help others. Tolan was always taught to do what's right and that's why he admitted guilt from the very beginning. The passing of his mother, my wife of 44 years, has been an extremely difficult time for us and I feel that Tolan has not been able to fully grieve over it because of this situation. Thank you for the consideration.

Francis T. Furusho
99-930 Hulumanu St.
Aiea, HI 96701